TARA K. McGRATH
United States Attorney
HUNTER V. NORTON
Assistant United States Attorney
District of Columbia Bar No.: 1780736
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8592
Email: Hunter.Norton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 25-CR-4-BTM |
|---|---|
| Plaintiff, | |
| v. | **RAP SHEET** |
| Isaac Zaragoza-Sanchez, | |
| Defendant. | |

The United States of America submits this rap sheet for the Court's consideration at sentencing.

Dated: January 21, 2025,                     Respectfully submitted,

                                             TARA K. McGRATH
                                             United States Attorney


                                             */s / Hunter V. Norton*
                                             HUNTER V. NORTON
                                             Assistant United States Attorney

CASE NAME: *USA v. Isaac Zaragoza-Sanchez*

CRIMINAL CASE No.: 25-CR-4-BTM

## RAP SHEET

| Conviction Date | Conviction Court | Charge | Imprisonment | Points |
|---|---|---|---|---|
| | | *None* | | |
| | | **ADDITIONAL POINTS** | ON PAROLE/ PROBATION | N/A |
| | | | TOTAL POINTS | 0 |
| | | | CRIMINAL HISTORY CATEGORY | I |
| | | | DEPORTATIONS | 1 |
| | | | DATE OF FIRST DEPORTATION ORDER | 12/01/2024 |
| | | | DATE OF MOST RECENT DEPORTATION | 12/02/2024 |

**The parties jointly recommend the Defendant be sentenced to 1 year of probation.**